**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Irven Marengo** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (if known) | **24-25599** |

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1  Markosian Auto**<br>Creditor's Name | Describe the property that secures the claim:<br>**2016 Subaru Legacy 118000 miles** | **$18,500.00** | **$16,000.00** | **$2,500.00** |

**4238 S Redwood Road
Salt Lake City, UT 84123**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **10/2024**    Last 4 digits of account number   **0322**

| | | | | |
|---|---|---|---|---|
| **2.2  RC Willey**<br>Creditor's Name | Describe the property that secures the claim:<br>**mantel, fireplace insert, chest freezer** | **$661.00** | **$661.00** | **$0.00** |

**PO Box 65320
Salt Lake City, UT
84165-0320**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2019**    Last 4 digits of account number   **1351**

| Debtor 1 | **Irven Marengo** | | | Case number (if known) | **24-25599** |
| | First Name | Middle Name | Last Name | | |

| 2.3 | **US HUD** | **Describe the property that secures the claim:** | $60,864.99 | $338,000.00 | $0.00 |

Creditor's Name

**1670 Broadway 25th Floor**
**Denver, CO 80202**

Number, Street, City, State & Zip Code

**14671 S Bloom Dr., M301 Herriman, UT 84096  Salt Lake County**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [✔] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [✔] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred   **10/06/2021**       Last 4 digits of account number   **2458**

---

| 2.4 | **Utah Housing Corporation** | **Describe the property that secures the claim:** | $12,907.00 | $338,000.00 | $0.00 |

Creditor's Name

**2479 Lake Park Blvd**
**Salt Lake City, UT 84120**

Number, Street, City, State & Zip Code

**14671 S Bloom Dr., M301 Herriman, UT 84096  Salt Lake County**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [✔] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [✔] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred   **05/29/2019**       Last 4 digits of account number   **5450**

---

| 2.5 | **Utah Housing Corporation** | **Describe the property that secures the claim:** | $188,286.00 | $338,000.00 | $0.00 |

Creditor's Name

**2479 Lake Park Blvd**
**Salt Lake City, UT 84120**

Number, Street, City, State & Zip Code

**14671 S Bloom Dr., M301 Herriman, UT 84096  Salt Lake County**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [✔] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [✔] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred   **05/29/2019**       Last 4 digits of account number   **5450**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$281,218.99** |
| If this is the last page of your form, add the dollar value totals from all pages. | **$281,218.99** |

Debtor 1   **Irven Marengo**
_____
First Name    Middle Name    Last Name

Case number (if known)    **24-25599**
_____

**Write that number here:**    [                    ]

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**