Robert S. Payne, #8629
8833 S. Redwood Road, Suite C
West Jordan, UT 84088
robertspaynelaw@gmail.com
801-980-1313

___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

___

| In re: | Bankruptcy No. 24-25599 |
| IRVEN MARENGO | |
| Debtors. | Chapter 13 |
| | |
| | Hon. JTM |

___

**NOTICE OF PRECONFIRMATION MODIFICATION TO CHAPTER 13 PLAN**

___

**PLEASE TAKE NOTICE** that the Debtor(s) has filed with the United States Bankruptcy Court for the District of Utah a request to modify the previously filed Chapter 13 Plan under 11 U.S.C. § 1323.  The Debtor(s) moves the Court for confirmation of the Plan as modified without further notice and hearing.  In support thereof, the Debtor(s) represents as follows:

The most recently filed plan is hereby modified as follows:

| Plan Part No. | Previously-Filed Plan Provision | Plan as Modified |
|---|---|---|
| | | |
| **3.1** | (no mention of HUD) | **Add:  Add: Name of Creditor: US Department of HUD;
Collateral: 14671 S Bloom Dr, M301, Herriman UT 84096;  Current installment payment: $0.00;** |

1

| | | |
|---|---|---|
| | | **Amount of Arrearage: $0.00; Interest rate of arrearage: 0.00%; Monthly payment on arrearage: pro rata; Estimated total payments by Trustee: $0.00** |
| **3.2** | Blank | **Name of creditor:  RC Willey**<br>**Estimated amount of creditor's total claim: $1,069.24**<br>**Collateral:  mantel, fireplace insert, freezer chest**<br>**Amount of claims senior to creditor's claim:  $0.00**<br>**Amount of secured claim:  $661.00**<br>**Interest Rate:  6.00%**<br>**Monthly payment to creditor:  pro-rata**<br>**Estimated total of monthly payments:  $700.00** |
| **8.1** | No reference to direct pay with HUD | **Add 3.  The Debtors will directly make payments to the creditors listed below pursuant to the following conditions: (1) the Debtor will pay the claim without any modifications to the terms of the contract; (2) upon entry of the confirmation order, the automatic stay of s362 and the co-debtor stay of s1301 are terminated as to such collateral and claims; (3) the claim will not be discharged; and (4) neither the court nor the Trustee will monitor the Debtor's performance on direct payments to such creditor. See 3.1, direct payments by Debtor of $0.00 per month to US HUD** |

1. The modification does not negatively impact secured, priority, or nonpriority unsecured creditors.  The modification adds a secured claim from US Department of HUD with direct payments by Debtor and matches a secured claim filed by RC Willey.

2. Pursuant to 11 U.S.C. § 1323(c), any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

THEREFORE, because the modification does not require notice to creditors, the Debtor(s) respectfully request the Court to confirm the plan as modified without further notice or hearing.

Dated this 6th day of January, 2025.

/s/ Robert S. Payne

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of January, 2025, I caused to be delivered electronically via ECF and/or mailed by First Class Mail, postage pre-paid, a true and correct copy of the foregoing to the following:

US Department of HUD, 1670 Broadway 25th Floor, Denver CO 80202

RC Willey, POB 65320, SLC UT 84165-0320

s/ Robert S. Payne

_____