Robert S. Payne, #8629
8833 S. Redwood Road, Suite C
West Jordan, UT 84088
robertspaynelaw@gmail.com
801-980-1313

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| In re:<br>IRVEN MARENGO<br>    Debtors. | Bankruptcy No.  24-25599<br><br>Chapter 13<br><br>Hon. JTM |

---

**NOTICE OF SECOND PRECONFIRMATION MODIFICATION TO CHAPTER 13 PLAN**

---

**PLEASE TAKE NOTICE** that the Debtor(s) has filed with the United States Bankruptcy Court for the District of Utah a request to modify the previously filed Chapter 13 Plan under 11 U.S.C. § 1323.  The Debtor(s) moves the Court for confirmation of the Plan as modified without further notice and hearing.  In support thereof, the Debtor(s) represents as follows:

    The most recently filed plan is hereby modified as follows:

| **Plan Part No.** | **Previously-Filed Plan Provision** | **Plan as Modified** |
|---|---|---|
| | | |
| | | |

1

| 3.2 | Monthly payment to creditor: pro rata | **Monthly payment to creditor:  $20.00** |
|---|---|---|
|  |  |  |

1. The modification does not negatively impact secured, priority, or nonpriority unsecured creditors.  The modification clarifies that R.C. Willey's secured claim will receive an equal monthly payment of $20 per month.

2. Pursuant to 11 U.S.C. § 1323(c), any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

THEREFORE, because the modification does not require notice to creditors, the Debtor(s) respectfully request the Court to confirm the plan as modified without further notice or hearing.

Dated this 10th day of January, 2025.

/s/ Robert S. Payne

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of January, 2025, I caused to be delivered electronically via ECF and/or mailed by First Class Mail, postage pre-paid, a true and correct copy of the foregoing to the following:

RC Willey, POB 65320, SLC UT 84165-0320

s/ Robert S. Payne

_____