L. MARK FERRE (1065)
Attorney for Movant
2150 S. 1300 E. #120
Salt Lake City, Utah 84106
Telephone: (801) 274-9909
mferre1974@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

IN RE:

Irven Marengo,                              )
                                            )
                                            )
      Debtor(s).                    )     Case No. 24-25599-JTM
                                            )     Chapter   13
                                            )

---

NOTICE OF MOTION TO LIFT AUTOMATIC STAY AND NOTICE OF OPPORTUNITY FOR HEARING

(Objection Deadline March 3, 2025)

Please take notice that VW Credit Inc. as servicer, a secured creditor of the above-referenced Debtor(s), has filed a Motion for Relief from Automatic Stay Provision of 11 *USC* Section 362 and 1301.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

This motion seeks to lift the automatic stay provisions of 11 USC 362 as they pertain to Debtor's collateral described in said motion, on which Movant has a perfected security position so that it may proceed with its rights and remedies under state law.

NO HEARING WILL CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the court to grant the relief requested in the Motion then your or your attorney must:

(1) On or before March 3, 2025 file with the Bankruptcy Court a written Objection explaining your position at:

United States Bankruptcy Cou
350 S. Main St. #301
Salt Lake City, Utah 84101.

If you mail your Objection to the Bankruptcy Court for filing, you must mail it early enough so the court will **receive** it on or before March 3, 2025. You must also mail a copy to the undersigned attorney, L. Mark Ferre at 2150 S. 1300 E. #120 Salt Lake City, Utah 84106.

      Attend a hearing on March 12, 2025 at 9:00 am before the Honorable Joel T. Marker. The hearing, if held, will be a Zoom hearing. Parties who wish to participate in the hearing should visit www.zoomgov.com or consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/teleconference-inforation for the most up-to date information regarding telephonic participation at a hearing. At the time of this notice, parties wishing to participate in hearing before the Honorable Joel T. Marker should join the hearing at least 10 minutes before the scheduled date and time for the hearing:

      Meeting ID 161 54788875

      Passcode/Participant ID:3834658 or call 1-669-254-5252

      There will be no further notice of the hearing. And failure to attend the hearing will be deemed a waiver of your objection.

      If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief. In the absence of a timely objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing.

      DATED this 13th day of February, 2025.

                                                /s/
                                          L. MARK FERRE
                                          Attorney for Movant