**This order is SIGNED.**

**Dated: March 4, 2025**


**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



msc

L. MARK FERRE  (1065)
Attorney for Movant
2150 S. 1300 E. Suite 120
Salt Lake City, Utah  84106
Telephone:  (801) 274-9909
mferre1974@gmail.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| IN RE: | ) | **ORDER TERMINATING AUTOMATIC STAY** |
| Irven Marengo, | ) | |
| | ) | Bankruptcy No. 24-25599-RKM |
| Debtor(s). | ) | Chapter 13 |
| | ) | |

The Court, having reviewed the motion of VW Credit Inc.  as servicer for VW Credit Leasing, Ltd.,   to lift the Automatic Stay, as it pertains to the Debtor's 2023 VW Tiguan VIN#3VVCB7AX9M113398  and  described in Movant's Motion and finding no objections to the same have been filed, or that any objections thereto have been overruled or withdrawn,  and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted.  It is therefore,

**ORDERED as follows:**

The Automatic Stay  is hereby terminated under 11 USC §362 and the co-debtor stay of 1301  as to Movant to permit said creditor, its successors and/or assigns   and proceed with its rights and remedies with respect to said collateral as provided by law  and to exercise its contractual, state and common law remedies and may give all notices and take such action as necessary to protect its rights

to file or amend its claim to assert any deficiency remaining after sale of the collateral.

Upon termination of the automatic stay, the trustee shall make no further distribution to Creditor on its secured claim and Creditor shall file within 180 days an amended proof of claim showing the amount, if any, to be paid through Debtor's plan as an unsecured claim for any deficiency balance.

## DESIGNATION OF PARTIES TO BE SERVED

Service of the forgoing Order Terminating Automatic Stay shall be served on the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users:

Justin Myers
ecf notification

Lon Jenkins
ecf notification

US Trustee
ecf notification

L. Mark Ferre
mferre1974@gmail.com


By US Mail: In addition to the parties of record receiving notice through CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b):

Irven Marengo
14671 S. Bloom Dr. M301
Herriman, UT 84096

Annais Rivers
14671 S. Bloom Dr. M301
Herriman, UT 84096

                                                                                               _____
                                                                                               Clerk of Court