Robert S. Payne, #8629
8833 S. Redwood Road, Suite C
West Jordan, UT 84088
robertspaynelaw@gmail.com
801-980-1313

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>IRVEN MARENGO<br>  Debtors. | Bankruptcy No. 24-25599<br><br>Chapter 13<br><br>Hon. JTM |

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR NO CLAIMS REVIEW**

By and through counsel, Debtor objects to the Chapter 13 Trustee's Motion to Dismiss and would show that the Claims Declaration has been filed.

Dated this 30th day of July, 2025.

/s/ Robert S. Payne

1